## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| DOUGLAS A. KARNS, | : |
| Plaintiff, | : |
| | Case No. 3:10cv00318 |
| vs. | : |
| | District Judge Thomas M. Rose |
| MICHAEL J. ASTRUE, | : Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social | |
| Security Administration, | : |
| Defendant. | : |

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #20), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on April 9, 2012 (Doc. #20) is ADOPTED in full;

2. Plaintiff's Application For Attorney Fees Under Equal Access To Justice Act, 28 U.S.C. §2412(d) (Doc. #17) is GRANTED in the amount of 4,885.75;

3. The Clerk of Court is directed to enter Judgment in favor of Plaintiff and against the Commissioner of the Social Security Administration in the total amount of $4,885.75; and

4. The case remains terminated on the docket of this Court.

April 27, 2012                                              *s/THOMAS M. ROSE*

---

Thomas M. Rose
United States District Judge
