# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DOUGLAS A. KARNS,	:

    Plaintiff,	:

                                      Case No. 3:10cv00318

vs.	:

                                      District Judge Thomas M. Rose

CAROLYN W. COLVIN,	:	Chief Magistrate Judge Sharon L. Ovington
Acting Commissioner of the Social
Security Administration,	:

    Defendant.	:

---

## DECISION AND ENTRY

---

       This case is before the Court upon the Motion For Authorization Of Attorney Fees Pursuant To 42 U.S.C. §406(b) filed by Plaintiff's attorney (Doc. #23) and the Commissioner's Response (Doc. #24).   The Commissioner does not oppose the Motion.

       The Motion seeks an award of attorney fees under 42 U.S.C. §406(b)(1) in the total amount of $3,603.45.   In the absence of opposition by the Commissioner, the Motion and supporting Exhibits establish that an award of attorney fees is warranted under 42 U.S.C. §406(b)(1) in the amount the Motion seeks.

       Accordingly, the Court hereby **ORDERS** that:

       1.       The Motion For Authorization Of Attorney Fees Pursuant To 42 U.S.C. §406(b) (Doc. #23) is GRANTED; and

2. The Commissioner shall pay Plaintiff's attorney fees pursuant to 42 U.S.C. §406(b)(1) in the amount of $3,603.45.

April 2, 2014                                              *s/Thomas M. Rose

                                                      Thomas M. Rose
                                            United States District Judge